IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ORINTHID J. HAYES,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3058

Opinion filed November 5, 2015.

An appeal from an order of the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

Orinthid J. Hayes, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.